UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MEJIA, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01631 JLT EPG (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE FOR FAILURE TO STATE A CLAIM WITHOUT FURTHER LEAVE TO AMEND<br><br>(Doc. 14) |

　　　　Raymond Bailey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 11, 2024, the assigned magistrate judge recommended that Plaintiff's amended complaint be dismissed for failure to state a claim upon which relief may be granted and without further leave to amend.  (Doc. 14.)  Plaintiff filed objections on May 21, 2024.  (Doc. 15.)

　　　　According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the action. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Plaintiff mistakenly asserts in his objections that the Findings and Recommendations demanded that he prove his various allegations (Doc. 15); rather, the Findings and Recommendations properly explained why Plaintiff has not presented factual allegations that plausibly support any of his claims. *See Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 11, 2024 (Doc. 14) are **ADOPTED** in full.
2. Plaintiff's complaint is **DISMISSED** for failure to state a claim and without further leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 24, 2024**__

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE